UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARNELL ROSS; JEWEL; SHARON JENNIFER; JAMES; JULIAN; JOSH JAMAR; SHAOLIA MAYA; JOE HAYES,

        Plaintiff,

-against-

BRUCE HARRELL, MAYOR; UNION PACIFIC RAIL LINE, OWNER; JAY INSLEE, GOVERNOR; LINOLA RIDGE ADMINISTRATOR, SEATTLE WA; JAY Z; RAPPER; LIL BOOSIE, RAPPER; LIL WAYNE, RAPPER,

        Defendants.

22-CV-1193 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated February 17, 2022, the Court directed Plaintiff Darnell Ross,[1] within thirty days, to either pay the $402.00 in fees that are required to file a civil action in this court or submit a completed request to proceed *in forma pauperis* ("IFP application"). On March 8, 2022, the order was returned to the Court with a notation on the envelope indicating that the mail was undeliverable to Plaintiff's address. Plaintiff has not complied with the Court's order, has failed to notify the Court of a change of mailing address, and has not initiated any further contact with the Court, written or otherwise. Accordingly, Plaintiff's complaint, filed IFP pursuant to 28 U.S.C. § 1915(a)(1), is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

---

[1] Plaintiff Darnell Ross is the only plaintiff who signed the complaint. It appears that Plaintiff Darnell Ross was purportedly asserting claims in this action on behalf of the other named plaintiffs. But Plaintiff, who does not allege that he is an attorney, cannot assert claims on behalf of the other named plaintiffs. *See Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1998) ("[b]ecause pro se means to appear for one's self, a person may not appear on another person's behalf in the other's cause") The Court therefore considers Plaintiff Darnell Ross as the sole plaintiff in this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 21, 2022
         New York, New York

                                       /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                     Chief United States District Judge