UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARNELL ROSS; JEWEL; SHARON JENNIFER; JAMES; JULIAN; JOSH JAMAR; SHAOLIA MAYA; JOE HAYES,<br><br>                  Plaintiffs,<br><br>-against-<br><br>BRUCE HARRELL, MAYOR; UNION PACIFIC RAIL LINE, OWNER; JAY INSLEE, GOVERNOR; LINOLA RIDGE ADMINISTRATOR, SEATTLE WA; JAY Z; RAPPER; LIL BOOSIE, RAPPER; LIL WAYNE, RAPPER,<br><br>                  Defendants. | 22-CV-1193 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 21, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 21, 2022
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge